

RECEIVED
NOV 2 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-50115-01 |
| | * | |
| VS. | * | 18 U.S.C. § 1708 |
| | * | (Possession of Contents of Stolen Mail) |
| NORMA J. REEDY | * | DISTRICT JUDGE STAGG |
| | * | MAGISTRATE JUDGE HORNSBY |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about February 24, 2005, in the Western District of Louisiana, NORMA J. REEDY, a Business Mail Entry Unit Clerk, employed by the United States Postal Service, did willfully and unlawfully have in her possession the contents of a First Class letter, specifically, Target gift card 041-201-619-760-254 with a cash value of $25.00, which had been stolen from a sealed envelope bearing Permit No. G-10, and addressed to Claims with a return address of Unites States Postal Service, while such envelope was in the mail at the United States Post Office in Shreveport, Louisiana, all in violation of Title 18, United States Code, Section 1710.

[18 U.S.C. §1710]

### COUNT 2

On or about March 3, 2005, in the Western District of Louisiana, NORMA J. REEDY, a Business Mail Entry Unit Clerk, employed by the United States Postal Service, did willfully and unlawfully have in her possession the contents of a First Class letter, specifically,

Target gift card 041-201-852-579-304 with a cash value of $15.00, which had been stolen from a sealed envelope bearing Permit No. G-10, and addressed to Claims with a return address of Unites States Postal Service, while such envelope was in the mail at the United States Post Office in Shreveport, Louisiana, all in violation of Title 18, United States Code, Section 1710. [18 U.S.C. §1710]

A TRUE BILL.

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

By: *[signature]*
ROBERT W. GILLESPIE, JR.
ASSISTANT UNITED STATES ATTORNEY
Bar Number 06202
300 Fannin Street, Suite 3208
Shreveport, LA 71101
(318) 676-3608