RECEIVED
*Sm*
DEC 1 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** $05-50115-01$ |
| | * | |
| **VS.** | * | **18 U.S.C. § 1708** |
| | * | **(Possession of Contents of Stolen Mail)** |
| **NORMA J. REEDY** | * | **DISTRICT JUDGE STAGG** |
| | * | **MAGISTRATE JUDGE HORNSBY** |

## MOTION TO AMEND BILL OF INFORMATION
## TO CORRECT TYPOGRAPHICAL ERRORS

Now into court comes the United States of America, through the United States Attorney and by the undersigned Assistant United States Attorney who shows:

1.

On November 22, 2005, a two count Bill of Information was filed against the defendant, Norma J. Reedy. The heading of the Bill of Information indicated a violation of 18 U.S.C. § 1708 (Possession of Contents of Stolen Mail). The text of each count of the Bill of Information charges the elements and text for a violation of 18 U.S.C. § 1708. However, the last line of the Bill of Information states: "all in violation of Title 18, United States Code, Section 1710. [18 U.S.C. §1710]." This citation is incorrect and should read, "all in violation of Title 18, United States Code, Section 1708. [18 U.S.C. §1708]."

2.

On December 1, 2005, the defendant appeared with counsel and entered a guilty plea to both counts of the Bill of Information. The court correctly informed the defendant of the maximum penalty for a violation of 18 U.S.C. §1708, and the Elements of the Offense for 18

U.S.C. § 1708 which were included in the court filings at the time of the Rule 11 hearing. The testimony of the Postal Inspector and the filings in connection with the factual basis for the plea established that the defendant violated 18 U.S.C. §1708 on each count.

3.

The court accepted the defendant's pleas and found her guilty of violations of 18 U.S.C. §1708, and sentenced her on that date.

4.

The above noted typographical errors have come to the attention of the undersigned Assistant United States Attorney who explained the above to defendant's attorney, Betty L. Marak. Defense counsel has agreed and consented to the amendment of the Bill of Information to properly state on each count "Section 1708. [18 U.S.C. §1708]." instead of "Section 1710. [18 U.S.C. §1710]."

WHEREFORE, the United States Attorney prays that this Motion to Amend the Bill of Information to Correct Typographical Errors, be granted, and that both counts of the Bill of Information be amended to delete the text "Section 1710. [18 U.S.C. §1710]," and replace that text with the text "Section 1708. [18 U.S.C. §1708]."

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

By: ROBERT W. GILLESPIE, JR.
ASSISTANT UNITED STATES ATTORNEY
Bar Number 06202
300 Fannin Street, Suite 3208
Shreveport, LA 71101
(318) 676-3608

CERTIFICATE OF SERVICE

This is to certify the above Motion to Correct Typographical Errors with proposed Order has been hand delivered to the office of Betty L. Marak, Asst. Federal Defender at her office at 300 Fannin Street, Second Floor of the Courthouse on this 16th day of December, 2005.

ROBERT W. GILLESPIE, JR.
Asst. U.S. Attorney
United States Courthouse
300 Fannin Street, Suite 3208
Shreveport, LA 71101
(318) 676-3608